UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
OCT 22 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No. 4:07CR73RWS
)
Donna Brown, )
)
Defendant. )

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, DONNA BROWN, request that my term of probation or supervised release be terminated early for the following reasons: I have meet all conditions that was set fourth before me by the judge. I've never been in trouble before the matter that I was sentence for. I still remain employed for 26yrs at Schnucks Markets.

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

10/4/2010
Date

(Signature of Defendant) Donna Brown Casey

(Address)
145 Cedar Cove Trail #16
Lake St. Louis MO. 63367

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States Probation Officer Stacey Davis [name] and to the United States Attorney's Office on October 4, 2010.

Donna Brown Casey
(Signature of Defendant)